FILED
CLERK, U.S. DISTRICT COURT
3/26/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

**LINDA E. EWING,**

**Plaintiff,**

**v.**

**RANDY MEGRDLE, et al.,**

**Defendants.**

**Case No. CV 12-01334 MWF (AJW)**

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: March 26, 2015

MICHAEL W. FITZGERALD
United States District Judge