JS-6

FILED
CLERK, U.S. DISTRICT COURT

3/26/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CW _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDA EWING, | ) |
|        Plaintiff, | ) No. CV 12-01334 MWF (AJW) |
| v. | ) |
| RANDY MEGRDLE, et al., | ) J U D G M E N T |
|        Defendants. | ) |

**IT IS ADJUDGED** that this action is dismissed.

DATED: March 26, 2015

MICHAEL W. FITZGERALD
United States District Judge